IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Mildred G. Flack, | : | Case No. 22-20998 GLT |
| Debtor. | : | Document No. |
| Mildred G. Flack, | : | |
| Movant, | : | |
| vs. | : | |
| Ronda J. Winnecour, | : | |
| Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtor, Mildred G. Flack, by and through her Counsel, Calaiaro Valencik, P.C., and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 26, 2022, at docket number 25, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: January 28, 2026

/s/ Mildred G. Flack
Mildred G. Flack, Debtor


CALAIARO VALENCIK, P.C.

BY: /s/ Daniel R. White
Daniel R. White, Esquire
PA I.D. No. 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
724-719-9388
dwhite@c-vlaw.com
Attorney for Debtors