Case 22-20998-GLT    Doc 119    Filed 02/11/26    Entered 02/11/26 13:59:32    Desc Main
Document    Page 1 of 1

FILED
2/11/26 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 22-20998-GLT |
| | : | Chapter: | 13 |
| Mildred G. Flack | : | | |
| | : | | |
| | : | Date: | 2/11/2025 |
| *Debtor(s)*. | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #105 - Trustee's Motion to Dismiss Case
             # 108 - Response filed by the Debtor

**APPEARANCES**:
   Debtor:    Daniel R. White
   Trustee:   Owen Katz

[10:06]
**NOTES:**

Katz: We have received a few payments since the motion was filed. $1,743 will complete the case if we receive it in the next 30 days. That's with a February 2026 long term continuing debt takeover.

White: We filed a fee application that requires additional fees. If we can have until the end of March, we can have this taken care of.

Katz: We don't have debtor's counsel fees included in our payment.

**OUTCOME:**

1. For the reasons stated on the record at the February 11, 2026 hearing, the trustee's *Motion to Dismiss Case* [Dkt. No. 105] is **CONTINUED** to March 26, 2026 at 10 a.m. [Text Order]

**DATED:**  2/11/2025