File No.: 7964-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No.  22-20998 GLT |
| Mildred G. Flack, | : Chapter 13 |
| Debtor, | : Document No. |
| Daniel R. White, Esquire and Calaiaro Valencik, P.C., | : Related to Document Nos. |
| Movants, | : |
| vs. | : |
| All Creditors on Mailing Matrix and Ronda J. Winnecour, Trustee, | : |
| Respondents. | : |

CERTIFICATION OF NO OBJECTION OF APPLICATION OF DANIEL R. WHITE AND CALAIARO
VALENCIK, P.C. FOR FINAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor filed on February 11, 2026 has been received.   The undersigned further certifies that the Court'sdocket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than February 27, 2026.

It is hereby respectfully requested that the Order attached to the Application of Daniel R. White for Final Compensation and Reimbursement of Expenses as Counsel for Debtor be entered by the Court.

Date executed: March 2, 2026

CALAIARO VALENCIK, P.C.

By: /s/ Daniel R. White
        Daniel R. White, Esquire
        PA I.D. 78718
        Calaiaro Valencik, P.C.
        8 Nickman Plaza
        Lemont Furnace, PA 15456
        Office: 724-719-9388
        Email: dwhite@c-vlaw.com
        Attorney for Debtor