File No.: 7964-002

FILED
3/2/26 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Mildred G. Flack, | : | Case No. 22-20998 GLT |
| | : | |
| Debtor, | : | Related to Docket No. 117 |
| | : | |
| Daniel R. White, Esquire and Calaiaro | : | |
| Valencik, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| All Creditors on Mailing Matrix and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | | |

## ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this ___ 2nd Day of March                              , 2026, the Application of
Daniel R. White and Calaiaro Valencik, P.C. for Final Compensation and Reimbursement of
Expenses as Counsel for the Debtors is approved for the total amount of $10,491.25 for services
rendered on behalf of the Debtor for the period from May 11, 2022 through February 10, 2026,
which represents $9,710.00, in attorney fees and $781.25 in costs.   The fees/costs balance of
$4,991.25, remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed
plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed
plan including the distribution to unsecured creditors up to the plan base. To the extent that funds
have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is
authorized to increase the plan base to be used solely to pay the attorney fees and costs approved
by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full,
Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the
Debtors to the Trustee and allow the case to be closed without requiring additional payments by
the Debtors.   Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is
expressly waived by Debtors' Counsel and will not be collected from Debtors either through the
plan or outside of the Bankruptcy Case.

## ENTERED BY DEFAULT

By the Court,

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

The Clerk shall record the total award of compensation
in the amount of $10,4901.25

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 22-20998-GLT

Mildred G. Flack                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 1

Date Rcvd: Mar 02, 2026                       Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

**Recip ID**              **Recipient Name and Address**
db                    +   Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed
below:**

**Name**                          **Email Address**

Daniel R. White
                          on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Matthew Fissel
                          on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

TOTAL: 4