FILED
3/17/26 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-20998-GLT |
| Mildred G. Flack | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | Related to Docket No.105 & 126 |
| Mildred G. Flack | ) | |
| | ) | |
| Respondent(s) | ) | |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 18, 2025 (document #105) is hereby WITHDRAWN.  The hearing scheduled for March 26, 2026 is cancelled.

Respectfully submitted,

3/17/2026

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
March 17, 2026

drb

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-20998-GLT |
| Mildred G. Flack | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Mildred G. Flack | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

**All parties on attached mailing matrix**

3/17/26
Date

/s/ Rosa M. Richard
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-20998-GLT

Mildred G. Flack                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4