**Fill in this information to identify the case:**

Debtor 1     **MILDRED G. FLACK**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Western District of Pennsylvania**

                                                           (State)

Case Number     **22-20998GLT**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made       **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of claim holder:**    PNC BANK NA

**Court claim no.** (if known):
8

**Last 4 digits** of any number you use to identify the debtor's account:    2   5   8   5

**Property Address:**      893 BUCHANAN RD
                         Number       Street

                         WHITE                            PA     15490
                         City                                    State    ZIP Code

| **Part 2:** | **Statement of Completion** |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4:**    **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:                    $        18,660.07

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
January 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:                    $        -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗/s/ Ronda J. Winnecour                                        Date    03/27/2026
Signature

Trustee        Ronda J. Winnecour
               First Name          Middle Name          Last Name

Address        CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
               Number      Street

               PITTSBURGH                                PA      15219
               City                                      State   ZIP Code

Contact phone   (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **FLACK** | | | Case Number **22-20998GLT** | | Page 1 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

**Part 4 - a (Postpetition Payments)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | PNC BANK NA | 08/24/2022 | 1244046 | Amounts Disbursed To Creditor | 995.74 |
| 8 | PNC BANK NA | 09/27/2022 | 1246927 | Amounts Disbursed To Creditor | 688.82 |
| 8 | PNC BANK NA | 09/28/2022 | 1246927 | Cancelled Check To Creditor/Continuing De | -688.82 |
| 8 | PNC BANK NA | 09/28/2022 | 1247824 | Prewritten Check To Creditor/Continuing De | 688.82 |
| 8 | PNC BANK NA | 11/23/2022 | 1252522 | Amounts Disbursed To Creditor | 669.35 |
| 8 | PNC BANK NA | 12/22/2022 | 1255263 | Amounts Disbursed To Creditor | 603.79 |
| 8 | PNC BANK NA | 02/23/2023 | 1260585 | Amounts Disbursed To Creditor | 877.19 |
| 8 | PNC BANK NA | 04/25/2023 | 1266180 | Amounts Disbursed To Creditor | 837.11 |
| 8 | PNC BANK NA | 05/25/2023 | 1269050 | Amounts Disbursed To Creditor | 502.90 |
| 8 | PNC BANK NA | 07/25/2023 | 1274683 | Amounts Disbursed To Creditor | 873.64 |
| 8 | PNC BANK NA | 08/25/2023 | 1277465 | Amounts Disbursed To Creditor | 507.02 |
| 8 | PNC BANK NA | 10/25/2023 | 1282906 | Amounts Disbursed To Creditor | 929.81 |
| 8 | PNC BANK NA | 12/21/2023 | 1288158 | Amounts Disbursed To Creditor | 906.51 |
| 8 | PNC BANK NA | 01/26/2024 | 1290854 | Amounts Disbursed To Creditor | 473.58 |
| 8 | PNC BANK NA | 03/26/2024 | 1296149 | Amounts Disbursed To Creditor | 903.53 |
| 8 | PNC BANK NA | 04/25/2024 | 1298812 | Amounts Disbursed To Creditor | 460.63 |
| 8 | PNC BANK NA | 06/25/2024 | 1304045 | Amounts Disbursed To Creditor | 877.31 |
| 8 | PNC BANK NA | 07/25/2024 | 1306655 | Amounts Disbursed To Creditor | 489.57 |
| 8 | PNC BANK NA | 09/25/2024 | 1311811 | Amounts Disbursed To Creditor | 886.53 |
| 8 | PNC BANK NA | 10/25/2024 | 1314338 | Amounts Disbursed To Creditor | 468.32 |
| 8 | PNC BANK NA | 12/23/2024 | 1319294 | Amounts Disbursed To Creditor | 837.36 |
| 8 | PNC BANK NA | 02/25/2025 | 1324214 | Amounts Disbursed To Creditor | 840.39 |
| 8 | PNC BANK NA | 03/26/2025 | 1326705 | Amounts Disbursed To Creditor | 394.57 |
| 8 | PNC BANK NA | 04/25/2025 | 1329179 | Amounts Disbursed To Creditor | 412.87 |
| 8 | PNC BANK NA | 05/23/2025 | 1331582 | Amounts Disbursed To Creditor | 390.42 |
| 8 | PNC BANK NA | 06/25/2025 | 1334034 | Amounts Disbursed To Creditor | 390.42 |
| 8 | PNC BANK NA | 07/25/2025 | 1336509 | Amounts Disbursed To Creditor | 416.27 |
| 8 | PNC BANK NA | 08/26/2025 | 1338917 | Amounts Disbursed To Creditor | 414.98 |
| 8 | PNC BANK NA | 09/25/2025 | 1341336 | Amounts Disbursed To Creditor | 413.20 |
| 8 | PNC BANK NA | 10/24/2025 | 1343809 | Amounts Disbursed To Creditor | 391.16 |
| 8 | PNC BANK NA | 11/21/2025 | 1346099 | Amounts Disbursed To Creditor | 391.16 |
| 8 | PNC BANK NA | 12/23/2025 | 1348460 | Amounts Disbursed To Creditor | 415.92 |
| | | | | Total for Claim Number 8: | 18,660.07 |

**Total for Part 4 - a (Postpetition Payments):**     **18,660.07**

**<u>Certificate of Service</u>**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

MILDRED G. FLACK                          DANIEL R WHITE ESQ
893 BUCHANAN ROAD                    CALAIARO VALENCIK**
WHITE, PA  15490                           8 NICKMAN PLAZA
                                                       LEMONT FURNACE, PA  15456


PNC BANK NA                                   KML LAW GROUP PC*
PO BOX 94982                                  701 MARKET ST STE 5000
CLEVELAND, OH  44101                   PHILADELPHIA, PA  19106



Dated: 03/27/2026                            /s/ Roberta Saunier _____
                                                       Administrative Assistant
                                                       Office of the Chapter 13 Trustee