**Fill in this information to identify the case:**

Debtor 1      Mildred  G. Flack

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN  District of Pennsylvania
(State)

Case number   22-20998 GLT

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    **PNC BANK, NATIONAL ASSOCIATION**

**Court claim no**.  (if known):
  8

**Last 4 digits** of any number you use to identify the debtor's account: 2585

**Property address:**          **893 Buchannan Road**
Number          Street
**White    PA 15490**
City                                          State          ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response:      $ 0.00                              .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:      $ _____.

☐    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
        unpaid as of the date of this response:      $ _____.

**Part 3:          Postpetition Payments**

(a) *Check all that apply:*

☐    The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒    The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:  02 / 15  / 2026.

☐    The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i.   Date last payment was received on the mortgage:                               01 / 05 / 2026

ii.   Date next postpetition payment from the debtor is due:                     02 / 15 / 2026

iii.   Amount of the next postpetition payment that is due:          $     375.96

iv.  Unpaid principal balance of the loan:                                       $ 29,948.88

v.   Additional amounts due for any deferred or accrued interest:          $     763.74

vi.   Balance of the escrow account:                                       $      0.00

vii.  Balance of unapplied funds or funds held in a suspense account:          $     19.77

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:          $      0.00

**Part 4          Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The information provided within the response is effective as of 03/31/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

The person completing this response must sign it. Check the appropriate box:

☐  I am the claim holder.

☒  I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Matthew Fissel   Date April 14, 2026
        Signature

Name    Matthew Fissell
     First name      Middle name      Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.
      Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000
     Number      Street

      Philadelphia                 PA        19196
      City                     State      ZIP Code

Contact phone    (215) 627-1322             Email bkgroup@kmllawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mildred G. Flack**<br><br>                                     **Debtor(s)**<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br><br>                                     **Movant**<br><br>           **vs.**<br><br>**Mildred G. Flack**<br><br>                                     **Debtor(s)**<br><br>**Ronda J. Winnecour,**<br><br>                                     **Trustee** | **BK NO. 22-20998 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

## CERTIFICATE OF SERVICE
## RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 15, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Mildred G. Flack
893 Buchanan Road
White, PA 15490

Attorney for Debtor(s) (via ECF)
Daniel R. White, Esq.
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>April 15, 2026</u>

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Last Updated by** | **SZAZC** | | | | | | | | |
| **Date Updated** | **3/31/2026** | | | | | | | | |
| **Case Number** | **22-20998** | | | | | | | | |
| **Filing Date** | **5/25/2022** | | | | | | | | |
| **Chapter Filed** | **13** | | | | | | | | |

| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Debtor Suspense Total | Segment 1 Principal Application | Segment 1 Interest Application | Segment 1 Interest Paid | Contractual Date Paid | MSP Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Beginning Balances** | $0.00 | | | $0.00 | | |
| 8/30/2022 | $995.74 | $995.74 | $675.19 | $675.19 | $193.28 | $127.27 | $127.27 | 6/15/2022 | $675.19 |
| 8/31/2022 | | | ($315.85) | $359.34 | $193.28 | $122.57 | $249.84 | 7/15/2022 | $359.34 |
| 9/2/2022 | | | ($345.37) | $13.97 | $193.28 | $152.09 | $401.93 | 8/15/2022 | $13.97 |
| 10/15/2022 | $688.82 | $688.82 | $318.87 | $332.84 | $193.28 | $176.67 | $578.60 | 9/15/2022 | $332.84 |
| 11/29/2022 | $669.35 | $669.35 | $289.94 | $622.78 | $193.28 | $186.13 | $764.73 | 10/15/2022 | $622.78 |
| 11/30/2022 | | | ($397.39) | $225.39 | $193.28 | $204.11 | $968.84 | 11/15/2022 | $225.39 |
| 12/30/2022 | $603.79 | $603.79 | $189.20 | $414.59 | $193.28 | $221.31 | $1,190.15 | 12/15/2022 | $414.59 |
| 1/3/2023 | | | ($391.80) | $22.79 | $193.28 | $198.52 | $1,388.67 | 1/15/2023 | $22.79 |
| 3/2/2023 | $877.19 | $877.19 | $427.20 | $449.99 | $193.28 | $256.71 | $1,645.38 | 2/15/2023 | $449.99 |
| 3/3/2023 | | | ($441.14) | $8.85 | $193.28 | $247.86 | $1,893.24 | 3/15/2023 | $8.85 |
| 5/3/2023 | $837.11 | $837.11 | $414.13 | $422.98 | $193.28 | $229.70 | $2,122.94 | 4/15/2023 | $422.98 |
| 6/5/2023 | $502.90 | $502.90 | $39.96 | $462.94 | $193.28 | $269.66 | $2,392.60 | 5/15/2023 | $462.94 |
| 6/6/2023 | | | ($452.66) | $10.28 | $193.28 | $259.38 | $2,651.98 | 6/15/2023 | $10.28 |
| 8/4/2023 | $873.64 | $873.64 | $873.64 | $883.92 | | | $2,651.98 | | $883.92 |
| 8/7/2023 | | | ($441.96) | $441.96 | $193.28 | $248.68 | $2,900.66 | 7/15/2023 | $441.96 |
| 8/30/2023 | $507.02 | $507.02 | $32.53 | $474.49 | $193.28 | $281.21 | $3,181.87 | 8/15/2023 | $474.49 |
| 8/31/2023 | | | ($464.82) | $9.67 | $193.28 | $271.54 | $3,453.41 | 9/15/2023 | $9.67 |
| 11/3/2023 | $929.81 | $929.81 | $460.07 | $469.74 | $193.28 | $276.46 | $3,729.87 | 10/15/2023 | $469.74 |
| 11/6/2023 | | | ($459.97) | $9.77 | $193.28 | $266.69 | $3,996.56 | 11/15/2023 | $9.77 |
| 1/3/2024 | $906.51 | $906.51 | $448.37 | $458.14 | $193.28 | $264.86 | $4,261.42 | 12/15/2023 | $458.14 |
| 2/5/2024 | $473.58 | $473.58 | $7.72 | $465.86 | $193.28 | $272.58 | $4,534.00 | 1/15/2024 | $465.86 |
| 2/6/2024 | | | ($464.32) | $1.54 | $193.28 | $271.04 | $4,805.04 | 2/15/2024 | $1.54 |
| 4/3/2024 | $903.53 | $903.53 | $459.09 | $460.63 | $193.28 | $251.16 | $5,056.20 | 3/15/2024 | $460.63 |
| 4/4/2024 | | | ($460.63) | ($0.00) | $193.28 | $267.35 | $5,323.55 | 4/15/2024 | ($0.00) |
| 5/1/2024 | $460.63 | $460.63 | $2.03 | $2.03 | $193.28 | $265.32 | $5,588.87 | 5/15/2024 | $2.03 |
| 7/8/2024 | $877.31 | $877.31 | $437.64 | $439.67 | $193.28 | $246.39 | $5,835.26 | 6/15/2024 | $439.67 |
| 8/5/2024 | $489.57 | $489.57 | $24.95 | $464.62 | $193.28 | $271.34 | $6,106.60 | 7/15/2024 | $464.62 |

| Date | | | | | | | Date | |
|---|---|---|---|---|---|---|---|---|
| 8/6/2024 | | ($446.79) | $17.83 | $193.28 | $253.51 | $6,360.11 | 8/15/2024 | $17.83 |
| 10/2/2024 | $886.53 | $450.49 | $468.32 | $193.28 | $242.76 | $6,602.87 | 9/15/2024 | $468.32 |
| 10/3/2024 | | ($468.32) | ($0.00) | $193.28 | $275.04 | $6,877.91 | 10/15/2024 | ($0.00) |
| 10/31/2024 | $468.32 | $27.14 | $27.14 | $193.28 | | $6,877.91 | | $27.14 |
| 10/31/2024 | | | $27.14 | | $107.86 | $6,985.77 | 11/15/2024 | $27.14 |
| 10/31/2024 | | | $27.14 | $140.04 | | $6,985.77 | | $27.14 |
| 1/6/2025 | $837.36 | $837.36 | $864.50 | | | $6,985.77 | | $864.50 |
| 1/7/2025 | | ($432.25) | $432.25 | $193.28 | $238.97 | $7,224.74 | 12/15/2024 | $432.25 |
| 1/7/2025 | | ($424.54) | $7.71 | $193.28 | $231.26 | $7,456.00 | 1/15/2025 | $7.71 |
| 3/18/2025 | $840.39 | $423.79 | $431.50 | $193.28 | $223.32 | $7,679.32 | 2/15/2025 | $431.50 |
| 3/19/2025 | | ($423.56) | $7.94 | $193.28 | $230.28 | $7,909.60 | 3/15/2025 | $7.94 |
| 4/3/2025 | $394.57 | | $7.94 | $193.28 | $201.29 | $8,110.89 | 4/15/2025 | $7.94 |
| 5/6/2025 | $412.87 | | $7.94 | $193.28 | $219.59 | $8,330.48 | 5/15/2025 | $7.94 |
| 6/4/2025 | $390.42 | | $7.94 | $193.28 | $197.14 | $8,527.62 | 6/15/2025 | $7.94 |
| 7/8/2025 | $390.42 | $390.42 | $398.36 | | | $8,527.62 | | $398.36 |
| 7/29/2025 | $416.27 | ($7.94) | $390.42 | $193.28 | $230.93 | $8,758.55 | 7/15/2025 | $390.42 |
| 9/10/2025 | $414.98 | ($390.42) | ($0.00) | $193.28 | $209.42 | $8,967.97 | 8/15/2025 | ($0.00) |
| 9/10/2025 | | | ($0.00) | $187.24 | $215.46 | $9,183.43 | 9/15/2025 | ($0.00) |
| 10/3/2025 | $413.20 | $413.20 | $413.20 | | | $9,183.43 | | $413.20 |
| 10/6/2025 | | ($6.04) | $407.16 | $6.04 | | $9,183.43 | | $407.16 |
| 10/6/2025 | | ($407.16) | ($0.00) | $193.28 | $213.88 | $9,397.31 | 10/15/2025 | ($0.00) |
| 10/30/2025 | $391.16 | | ($0.00) | $193.28 | $197.88 | $9,595.19 | 11/15/2025 | ($0.00) |
| 12/5/2025 | $391.16 | $391.16 | $391.16 | | | $9,595.19 | | $391.16 |
| 1/5/2026 | $415.92 | $12.38 | $403.54 | $193.28 | $210.26 | $9,805.45 | 12/15/2025 | $403.54 |
| 1/6/2026 | | ($383.77) | $19.77 | $193.28 | $190.49 | $9,995.94 | 1/15/2026 | $19.77 |

**KML LAW GROUP, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, Pa 19106-1532**
**www.kmllawgroup.com**

April 6, 2026

Mildred G. Flack
893 Buchanan Road
White, PA 15490

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company: PNC BANK, NATIONAL ASSOCIATION
Loan No: XXXXX
Name:  Mildred G. Flack
Property Address: 893 Buchannan Road White, PA, 15490 893 Buchannan Rd White, PA, 15490

# PAYOFF AMOUNT

This letter responds to your request for a payoff of the above referenced loan.

In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$30,692.85** effective through **March 31, 2026**.

It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable.  In this event, only the FULL amount due will be accepted.

**NOTE:**  We require that you pay the fees and costs actually incurred as of the date of your payment. The attorney's fees and costs set forth in this figure are the actually incurred fees and costs as of the date this figure was prepared.  Some of the attorney's costs may have been paid out by our firm to third parties such as courts, sheriffs, and other service providers.  Some portion of those amounts that have been paid out to other parties may be refunded to our firm after today or after you tender funds.  Our firm is entitled to collect the reasonable and actually incurred fees and costs due and owing as of the date funds are received. Any amounts refunded by third parties after payment has been tendered, will be refunded by our office to our client to either be applied to your account or returned to the borrower, at our client's discretion.  If the amount tendered is less than the total amount due on the date of your payment, the lender or servicer reserves the right to reject your payment and continue with the legal process.

222357BK

| Principal Balance due | $29,948.88 |
| Interest | $763.74 |
| Credit | ($19.77) |
| **TOTAL AMOUNT DUE MORTGAGE COMPANY** | **$30,692.85** |

**The payoff provided in connection with PNC's Response to the instant Trustee's Notice of Disbursements Made, is solely for purposes of the Response itself, pursuant to Bank. Rule 3002.1 and is not intended for use beyond the specific date of PNC's Response. Any attempt to pay off the subject loan pursuant to PNC's Response, will require the issuance of a new/updated payoff statement is response to an actual payoff request for purposes of paying the loan in full.

222357BK