Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mildred G. Flack** | : | Case No. 22−20998−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 13 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/22/26 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this ***The 28th of May, 2026***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 133 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before July 11, 2026***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***July 22, 2026 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Mildred G. Flack

Debtor

Case No. 22-20998-GLT

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

Date Rcvd: May 28, 2026

User: auto

Form ID: 604

Page 1 of 3

Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001 |
| 15484475 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15484477 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:16 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484469 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2026 01:03:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15484470 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:03:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15484471 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:18:04 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15484472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:18:10 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15484473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:32 | Citibank/Sears, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15486494 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15484474 | + | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15487492 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 01:03:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15484476 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 01:03:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15490787 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 29 2026 01:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15494947 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484478 | + | Email/Text: bankruptcy@marinerfinance.com | May 29 2026 01:03:00 | Mariner Finance, Attn: Bankruptcy Department, |

District/off: 0315-2                                    User: auto                                         Page 2 of 3

Date Rcvd: May 28, 2026                              Form ID: 604                                      Total Noticed: 28

| | | | | 8211 Town Center Drive, Nottingham, MD 21236-5904 |
|---|---|---|---|---|
| 15502896 | + Email/Text: bankruptcy@marinerfinance.com | | May 29 2026 01:03:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15484479 | Email/PDF: cbp@omf.com | | May 29 2026 01:17:52 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15501886 | Email/Text: Bankruptcy.Notices@pnc.com | | May 29 2026 01:03:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15484480 | Email/Text: Bankruptcy.Notices@pnc.com | | May 29 2026 01:03:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401-1820 |
| 15501981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | May 29 2026 01:17:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15485900 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | May 29 2026 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15501783 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | May 29 2026 01:17:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15484876 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | May 29 2026 01:18:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484481 | Email/PDF: ais.sync.ebn@aisinfo.com | | May 29 2026 01:17:53 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15484482 | Email/Text: bkfilings@zwickerpc.com | | May 29 2026 01:04:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | |

District/off: 0315-2                                    User: auto                                    Page 3 of 3

Date Rcvd: May 28, 2026                        Form ID: 604                              Total Noticed: 28

on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 4