**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MILDRED G. FLACK | Case No.:22-20998 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>          Movant<br>      vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 27, 2026

/s/  Ronda J. Winnecour
_____

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

     1.  The case was filed on 05/25/2022  and confirmed on 6/28/22 .  The case was subsequently     Completed After Confirmation

     2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 117,020.73 |
| Less Refunds to Debtor | 114.79 | |
| TOTAL AMOUNT OF PLAN FUND | | 116,905.94 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,991.25 | |
|    Trustee Fee | 6,598.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 15,589.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 18,660.07 | 0.00 | 18,660.07 |
|     Acct: 2585 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 921.67 | 921.67 | 68.22 | 989.89 |
|     Acct: 0138 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 1,824.65 | 1,824.65 | 135.04 | 1,959.69 |
|     Acct: 4501 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 197.34 | 197.34 | 15.03 | 212.37 |
|     Acct: 9804 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 24.00 | 24.00 | 1.90 | 25.90 |
|     Acct: 0145 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 552.00 | 552.00 | 36.73 | 588.73 |
|     Acct: 0139 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 533.39 | 533.39 | 35.49 | 568.88 |
|     Acct: 7803 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0078 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 755.15 | 755.15 | 55.88 | 811.03 |
|     Acct: 0138 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 773.26 | 773.26 | 57.25 | 830.51 |
|     Acct: 4501 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 129.52 | 129.52 | 9.85 | 139.37 |
|     Acct: 9804 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 992.49 | 992.49 | 44.64 | 1,037.13 |
|     Acct: 0139 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 94.92 | 94.92 | 4.26 | 99.18 |
|     Acct: 0139 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 92.27 | 92.27 | 4.14 | 96.41 |
|     Acct: 0145 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 73.14 | 73.14 | 3.30 | 76.44 |
|     Acct: 9804 | | | | |
|   FAYETTE COUNTY TAX CLAIM BUREAU* | 338.66 | 338.66 | 15.24 | 353.90 |
|     Acct: 0138 | | | | |
|   ALLY FINANCIAL(*) | 16,299.28 | 16,299.28 | 3,312.92 | 19,612.20 |
|     Acct: 5049 | | | | |

22-20998

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | | | | 46,061.70 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILDRED G. FLACK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILDRED G. FLACK | 114.79 | 114.79 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CALAIARO VALENCIK | 4,991.25 | 4,991.25 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX/0/6 | | | | |
| PA DEPARTMENT OF REVENUE* | 474.40 | 474.40 | 0.00 | 474.40 |
| Acct: 7899 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 1,023.66 | 1,023.66 | 0.00 | 1,023.66 |
| Acct: 0319 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 305.54 | 305.54 | 13.74 | 319.28 |
| Acct: 9804 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 290.41 | 290.41 | 13.08 | 303.49 |
| Acct: 9804 | | | | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | 1,116.79 | 1,116.79 | 50.28 | 1,167.07 |
| Acct: 4501 | | | | |
| | | | | 3,287.90 |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7383 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3355 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,202.12 | 1,202.12 | 0.00 | 1,202.12 |
| Acct: 4631 | | | | |
| LVNV FUNDING LLC | 4,309.74 | 4,309.74 | 0.00 | 4,309.74 |
| Acct: 4370 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 13,066.79 | 13,066.79 | 0.00 | 13,066.79 |
| Acct: 3473 | | | | |
| DISCOVER BANK(*) | 4,839.31 | 4,839.31 | 0.00 | 4,839.31 |
| Acct: 6024 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 5,840.12 | 5,840.12 | 0.00 | 5,840.12 |
| Acct: 6154 | | | | |
| MARINER FINANCE LLC | 3,199.31 | 3,199.31 | 0.00 | 3,199.31 |
| Acct: 3796 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 15,608.24 | 15,608.24 | 0.00 | 15,608.24 |
| Acct: 3616 | | | | |
| SYNCHRONY BANK** | 3,867.53 | 3,867.53 | 0.00 | 3,867.53 |
| Acct: 6505 | | | | |
| PA DEPARTMENT OF REVENUE* | 33.88 | 33.88 | 0.00 | 33.88 |
| Acct: 7899 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6505 | | | | |
| SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES MILLVILE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US POSTAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOROTHY SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |

22-20998                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | MACK FLACK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ZWICKER AND ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 51,967.04 |

TOTAL PAID TO CREDITORS                                                   101,316.64

TOTAL CLAIMED
PRIORITY          3,210.80
SECURED          23,601.74
UNSECURED        51,967.04

Date: 05/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MILDRED G. FLACK

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:22-20998

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20998-GLT |
| Mildred G. Flack | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001 |
| 15484475 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15484477 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 29 2026 01:17:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:18:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484469 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2026 01:03:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15484470 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:03:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15484471 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:18:04 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15484472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:18:11 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15484473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2026 01:17:32 | Citibank/Sears, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15486494 | | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15484474 | + | Email/Text: mrdiscen@discover.com | May 29 2026 01:03:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15487492 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 01:03:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15484476 | | Email/Text: collecadminbankruptcy@fnni.com | May 29 2026 01:03:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15490787 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 29 2026 01:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15494947 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484478 | + | Email/Text: bankruptcy@marinerfinance.com | May 29 2026 01:03:00 | Mariner Finance, Attn: Bankruptcy Department, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 28

| | | | 8211 Town Center Drive, Nottingham, MD 21236-5904 |
|---|---|---|---|
| 15502896 | + Email/Text: bankruptcy@marinerfinance.com | May 29 2026 01:03:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15484479 | Email/PDF: cbp@omf.com | May 29 2026 01:17:52 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15501886 | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15484480 | Email/Text: Bankruptcy.Notices@pnc.com | May 29 2026 01:03:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401-1820 |
| 15501981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15485900 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15501783 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15484876 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484481 | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2026 01:17:52 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15484482 | Email/Text: bkfilings@zwickerpc.com | May 29 2026 01:04:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | |

District/off: 0315-2                                    User: auto                                              Page 3 of 3

Date Rcvd: May 28, 2026                                Form ID: pdf900                                        Total Noticed: 28

on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 4