**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mildred G. Flack** | Social Security number or ITIN   xxx–xx–7899 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–20998–GLT

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mildred G. Flack

7/13/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                 **Chapter 13 Discharge**                 page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 22-20998-GLT

Mildred G. Flack                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2026 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001 |
| 15484475 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15484477 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2026 05:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jul 14 2026 05:25:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | + | EDI: PRA.COM | Jul 14 2026 05:25:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484469 | + | EDI: GMACFS.COM | Jul 14 2026 05:24:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15484470 | + | EDI: BANKAMER | Jul 14 2026 05:24:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15484471 | + | EDI: JPMORGANCHASE | Jul 14 2026 05:24:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15484472 | + | EDI: CITICORP | Jul 14 2026 05:25:00 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15484473 | + | EDI: CITICORP | Jul 14 2026 05:25:00 | Citibank/Sears, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15486494 | | EDI: DISCOVER | Jul 14 2026 05:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15484474 | + | EDI: DISCOVER | Jul 14 2026 05:24:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15487492 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2026 01:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15484476 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2026 01:37:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15490787 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 14 2026 01:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jul 13, 2026 | Form ID: 3180W | Total Noticed: 29

| | | | |
|---|---|---|---|
| 15494947 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 01:49:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484478 | + Email/Text: bankruptcy@marinerfinance.com | Jul 14 2026 01:37:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15502896 | + Email/Text: bankruptcy@marinerfinance.com | Jul 14 2026 01:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15484479 | EDI: AGFINANCE.COM | Jul 14 2026 05:24:00 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15501886 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15484480 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401-1820 |
| 15501981 | EDI: PRA.COM | Jul 14 2026 05:25:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15485900 | EDI: PENNDEPTREV | Jul 14 2026 05:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15501783 | + EDI: PRA.COM | Jul 14 2026 05:25:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15484876 | + EDI: PRA.COM | Jul 14 2026 05:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484481 | EDI: SYNC | Jul 14 2026 05:24:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15484482 | Email/Text: bkfilings@zwickerpc.com | Jul 14 2026 01:38:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026 | Signature: | /s/Gustava Winters

District/off: 0315-2                           User: auto                                      Page 3 of 3

Date Rcvd: Jul 13, 2026                        Form ID: 3180W                                  Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4