# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/13/26 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

    MILDRED G. FLACK

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:22-20998

Chapter 13

Related to Docket No. 133

## ORDER OF COURT

AND NOW, this _____ 13th Day of July, 2026 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20998-GLT |
| Mildred G. Flack | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 13, 2026 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred G. Flack, 893 Buchanan Road, White, PA 15490-1001 |
| 15484475 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15484477 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 14 2026 01:49:39 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2026 01:49:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484469 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 14 2026 01:37:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15484470 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 14 2026 01:37:00 | Bank of America, N.A., Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15484471 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2026 01:49:52 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15484472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2026 01:49:54 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15484473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 14 2026 01:49:41 | Citibank/Sears, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15486494 | | Email/Text: mrdiscen@discover.com | Jul 14 2026 01:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15484474 | + | Email/Text: mrdiscen@discover.com | Jul 14 2026 01:37:00 | Discover Financial Services, LLC, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025 |
| 15487492 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2026 01:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 15484476 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 14 2026 01:37:00 | First National Bank of Omaha, P.O. Box 3128, Omaha, NE 68103 |
| 15490787 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 14 2026 01:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15494947 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2026 01:49:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15484478 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 14 2026 01:37:00 | Mariner Finance, Attn: Bankruptcy Department, |

District/off: 0315-2                    User: auto                                    Page 2 of 3

Date Rcvd: Jul 13, 2026                 Form ID: pdf900                               Total Noticed: 28

|  |  |  | 8211 Town Center Drive, Nottingham, MD 21236-5904 |
|---|---|---|---|
| 15502896 | + Email/Text: bankruptcy@marinerfinance.com | Jul 14 2026 01:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15484479 | Email/PDF: cbp@omf.com | Jul 14 2026 01:49:37 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15501886 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 15484480 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2026 01:37:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401-1820 |
| 15501981 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2026 01:49:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15485900 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2026 01:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15501783 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2026 01:49:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15484876 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2026 01:49:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15484481 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 14 2026 01:49:51 | Synchrony Bank/JC Penney, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15484482 | Email/Text: bkfilings@zwickerpc.com | Jul 14 2026 01:38:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Debtor Mildred G. Flack r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Matthew Fissel | |

District/off: 0315-2                        User: auto                                    Page 3 of 3
Date Rcvd: Jul 13, 2026                     Form ID: pdf900                           Total Noticed: 28

on behalf of Creditor PNC Bank  N.A. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 4